**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

EMMALEE FORRESTER, *et al.*,

        Plaintiffs,

v.                                  Case No. 20-12727

CLARENCEVILLE SCHOOL DISTRICT,
*et al.*,

        Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

Plaintiffs are nine former students at Defendant Clarenceville School District who were allegedly harassed and assaulted by a choir teacher. Plaintiffs bring claims against the school district, school administrators, and the choir teacher, and they allege violations of Title IX of the Education Amendments Act of 1972, 20 U.S.C. § 1681, *et seq.*, and the Fourteenth Amendment, 42 U.S.C. § 1983. (ECF No. 13, PageID.181-92.)

Counsel for Plaintiff Alyssa Craigie move to withdraw. (ECF No. 39.) "Withdrawal is presumptively appropriate where [ethical] rule requirements are satisfied." *Brandon v. Blech*, 560 F.3d 536, 538 (6th Cir. 2009). The Michigan Rules of Professional Conduct allow an attorney to withdraw after a showing of good cause. Mich. R. Prof'l Conduct 1.16(b). The court held a hearing on May 12, 2021. Counsel described a breakdown in the attorney-client relationship. Specifically, Plaintiff Craigie no longer maintains functional and effective communication with her attorneys. Counsel have attempted to contact Plaintiff Craigie over a dozen times, and their attempts at communication have been unsuccessful. (ECF No. 39, PageID.556, Motion to Withdraw ("Despite thirteen

separate attempts (via email, telephone, mail, and messenger) to reach Ms. Craigie to obtain answers to this discovery, Plaintiffs' counsel and their staff have been unable to communicate with her.").) Plaintiff Craigie appears to have abandoned her claims.

The court finds good cause and will grant counsels' motion. *Brandon*, 560 F.3d at 538; Mich. R. Prof'l Conduct 1.16(b). The attorneys will be ordered to formally notify Plaintiff Craigie of their withdrawal in writing. The court will allow Plaintiff Craigie four weeks to obtain new counsel. If she fails to do so, she will proceed *pro se*. Accordingly, for these reasons and for those additionally stated on the record,

IT IS ORDERED that Plaintiff Craigie's "Motion to Withdraw" (ECF No. 39) is GRANTED.

IT IS FURTHER ORDERED that Lisa M. Esser, Elaina S. Bailey, Robert B. Sickels, and Andrew Kochanowski notify Plaintiff Craigie of their withdrawal forthwith.

Finally, IT IS ORDERED that Plaintiff Craigie is DIRECTED take rapid action to obtain new counsel. If no counsel is obtained by **June 14, 2021**, Plaintiff Craigie will proceed *pro se*.

s/Robert H. Cleland            /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 17, 2021, by electronic and/or ordinary mail.

s/Lisa Wagner            /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-12727.FORRESTER.MotiontoWithdraw.RMK.docx