**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

EMMALEE FORRESTER, *et al.*,

        Plaintiffs,

v.                                                                                           Case No. 20-12727

CLARENCEVILLE SCHOOL DISTRICT,
*et al.*,

        Defendants.
_____/

**OPINION AND ORDER TERMINATING AS MOOT
PLAINTIFFS' MOTION FOR CERTIFICATE OF APPEALABILITY
UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)**

    Plaintiffs are former students at Clarenceville School District who were allegedly harassed and assaulted by a choir and theater teacher, Defendant Jason Debandt. (ECF No. 13, PageID.141.) Before the court is Plaintiffs' "Motion for Fed. R. Civ. P. 54(b) Certification" (ECF No. 50), requesting an immediate appeal of the court's order that granted in part a motion to dismiss brought by Defendants Clarenceville School District, Bergeron, Kantor, Nelson, Shephich, and Valentine (collectively referred to as "Clarenceville Defendants"). (ECF No. 44.)

    However, on August 20, 2021, Plaintiffs and the Clarenceville Defendants stipulated to dismiss all claims against the Clarenceville Defendants, and the court entered an order to that effect. (ECF No. 59.) The Clarenceville Defendants are no longer parties to this case, rendering Plaintiffs' motion moot. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for Fed. R. Civ. P. 54(b) Certification" (ECF No. 50) is TERMINATED AS MOOT.

          s/Robert H. Cleland           /
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated:  September 7, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 7, 2021, by electronic and/or ordinary mail.

          s/Lisa Wagner              /
          Case Manager and Deputy Clerk
          (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-12727.FORRESTER.MotionForCertificateOfAppealability.MAZ.docx